UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NORTHPORT HEALTH SERVICES
OF ARKANSAS, LLC and NORTHPORT
HEALTH SERVICES, INC.                                                          PLAINTIFFS

v.                                     No. 2:20-CV-02027

THOMAS CHANCEY, as guardian of the
estate and person of Lucy Chancey, an
incapacitated person                                                            DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 27th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE